VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, Ext. 201
vernon.norwood@ssa.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
*****************************
THERESA CHAMBERLIN,

               Plaintiff,

               v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

               Defendant.
*******************************

Civil Action No.
10-0631 (DNH/GHL)

**CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. §405(g)**

      This matter having been opened to the Court by RICHARD S. HARTUNIAN, United States Attorney for the Northern District of New York, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken. Upon remand, the Appeals Council will (1) vacate its April 12, 2010 denial of plaintiff's request for review of the Administrative Law Judge's February 10, 2009 decision; (2) consider all evidence submitted to the Appeals Council and permit plaintiff to submit further evidence relating to the period at issue; and (3) consider whether such evidence warrants remand of plaintiff's claim to an Administrative Law Judge for reconsideration in light of evidence submitted to the Commissioner after February 10, 2009.

Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 29th day of October 2010; ORDERED that the final decision of the Defendant be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action, and it is further ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

_____
HONORABLE GEORGE H. LOWE
United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney

Dated: October 27, 2010

By: /s/ Vernon Norwood
Vernon Norwood
Special Assistant U.S. Attorney
Bar No. 513792

Offices - Harry J. Binder & Charles E. Binder, P.C.
60 East 42nd Street, suite 520
New York, NY 10165

Dated: October 28, 2010

/s/ Charles E. Binder
Charles E. Binder - CB5989LAW
Attorney for Plaintiff
Phone: (212) 677-6801
Fax: (646) 273-2196
fedcourt@binderandbinder.com