# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**THERESA A. CHAMBERLIN**

    vs.                                     **CASE NUMBER: 1:10-CV-631 (DNH/GHL)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that by consent of the parties the final decision of the Commissioner is REVERSED. This matter is REMANDED to the Defendant for further administrative action pursuant to Sentence 4 of 42 U.S.C. § 405(g). This action is DISMISSED.

All of the above pursuant to the Order of the Honorable Magistrate Judge George H. Lowe, dated the 29th day of October, 2010.

DATED: October 29, 2010

*Lawrence K. Baerman*
Clerk of Court

                                        s/ Melissa Ennis
                                        Melissa Ennis
                                        Deputy Clerk